UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET R DEPASS PADIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. P. et al.,<br><br>        Defendants. | Case No. 20-cv-03802-JD<br><br>**ORDER RE MOTION TO REOPEN**<br><br>Re: Dkt. No. 8 |

On June 12, 2020, the Court granted pro se plaintiff Margaret DePass Padin's in forma pauperis application and dismissed her complaint for failure to state a claim. The complaint alleged claims relating to a child custody dispute that was not within federal jurisdiction. Dkt. No. 6. She was given leave to file an amended complaint by July 15, 2020. *Id*. at 3. Padin did not meet that deadline. Consequently, the Court dismissed the case under 28 U.S.C. § 1915(e)(2)(B). Dkt. No. 7.

Padin asks to reopen the case and file an amended complaint. Dkt. No. 8. The grounds for reopening are not clear and appear mainly to involve some events in the state family law court. In any event, the gravamen of Padin's claims are still about child custody, and the proposed amended complaint, Dkt. No. 8-1, alleges the same claims that the Court found insufficient for federal jurisdiction last time, without any meaningful additions or modifications. The Court need not decide whether Padin has shown justification for reopening the case, as she again has failed to amend her complaint to state a claim upon which relief can be granted. The motion to reopen is denied.

**IT IS SO ORDERED.**

Dated: October 30, 2020

JAMES DONATO
United States District Judge